IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG KARLSON** | CIVIL ACTION |
| **Plaintiff** | |
| v. | NO. 02-3814 |
| **NORTHAMPTON COUNTY PRISON** | |
| **Defendant** | |

## ORDER

AND NOW, this 12th day of July, 2002, upon consideration of Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1),

IT IS HEREBY ORDERED and DECREED that the Motion is GRANTED. Plaintiff may prosecute this action without prepayment of any costs or fees pursuant to 28 U.S.C. § 1915. The United States Marshals Service is directed to execute service pursuant to Fed. R. Civ. P. 4(c)(2).

BY THE COURT:

_____
**HONORABLE PETRESE B. TUCKER**
**United States District Judge**